

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600     FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
747 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ALAN S. NAAR**
**(732) 476-2530** - DIRECT DIAL
**(732) 476-2531** - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

February 3, 2020

<u>*Via ECF*</u>

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
Martin Luther King, Jr. Federal Bldg. and Courthouse
50 Walnut St.
Newark, NJ 07102

    Re: ***Discovery Global Citizens Master Fund, Ltd., et al. v. Perrigo Co., plc, et al.*, Civil Action No. 2:19-cv-21502**

Dear Judge Arleo:

  This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc ("Perrigo") in each of the 16 actions referenced on the attached list, including the above-referenced action. These actions are a class action (<u>*Roofer's Pension Fund v. Papa, et al.*</u>), 14 individual actions, and a derivative action (*Ryan R. Krueger v. Bradley A. Alford, et al.*).

  The cases are all assigned to, and being handled by, your Honor and Magistrate Judge Wettre with the exception of the above-referenced recently filed individual action -- *Discovery Global Citizens Master Fund, Ltd. et al. v. Perrigo Co. plc, et al.,* Civil Action No. 2:19-cv-21502 ("*Discovery Global*"). The plaintiffs in *Discovery Global* referenced the class action, *Roofer's Pension Fund v. Papa, et al.*, Civil Action No. 16-cv-2805, as a related case on its Civil Cover Sheet. Accordingly, that case, which was filed on December 18, 2019, was also assigned to your Honor, but rather than being assigned to Magistrate Judge Wettre, has been assigned to Magistrate Judge Kiel at the Magistrate Judge level. The most recent case filed, another individual action, *York Capital Management, L.P., et al v. Perrigo Co, plc, et al,* Civil Action No. 2:19-cv-21732, was filed on December 20, 2019, two days after *Discovery Global* was filed, and was assigned to your Honor and Magistrate Judge Wettre.

  We respectfully request that Magistrate Judge Wettre be assigned to be the Magistrate Judge on *Discovery Global* as she has been assigned to be the Magistrate Judge on the other



Hon. Madeline Cox Arleo, U.S.D.J.
February 3, 2020
Page 2

cases. Case management and discovery in the class action and individual actions are being coordinated by Judge Wettre and the parties. We respectfully submit that it is appropriate for Magistrate Judge Wettre to continue doing so for ease of administration, coordination and consistency.

Thank you for your time and consideration.

Respectfully yours,

/s/ Alan S. Naar

Alan S. Naar

ASN:cd
Enclosure
cc:   All counsel of record (*via email*)



Hon. Madeline Cox Arleo, U.S.D.J.
February 3, 2020
Page 3

**Class Action**

*Roofer's Pension Fund v. Papa, et al.,* No. 2:16-cv-2805 (MCA)(LDW)

**Individual Actions**

*Carmignac Gestion, S.A. v. Perrigo Company plc, et al.,* No. 2:17-cv-10467-MCA-LDW

*First Manhattan Co. v. Perrigo Company plc, et al.,* No. 2:18-cv-2291-MCA-LDW

*Harel Insurance Company, Ltd., et al. v. Perrigo Company plc, et al.,* 2:18-cv-2074-MCA-LDW

*Mason Capital L.P., et al. v. Perrigo Co. plc, et al.,* No. 2:18-cv-1119-MCA-LDW

*Pentwater Equity Opportunities Master Fund Ltd., et al. v. Perrigo Co. plc, et al.,* No. 2:18-cv-1121-MCA-LDW

*TIAA-CREF Investment Management, LLC, et al. v. Perrigo Company plc, et al.,* No. 2:18-cv-8175-MCA-LDW

*Nationwide Mutual Funds, et al. v. Perrigo Company plc, et al.,* No. 2:18-cv-15382-MCA-LDW

*WCM Alternatives: Event-Driven Fund, et al. v. Perrigo Co., plc, et al.,* No. 2:18-cv-16204-MCA-LDW

*Hudson Bay Master Fund Ltd., et al. v. Perrigo Co., plc, et al.,* No. 2:18-cv-16206-MCA-LDW

*Schwab Capital Trust, et al. v. Perrigo Co. plc, et al.,* No. 2:19-cv-3973-MCA-LDW

*Oz Master Fund, Ltd., et al. v. Perrigo Co. plc, et al.,* No. 2:19-cv-4900-MCA-LDW

*Aberdeen Canada Funds -- Global Equity Fund, et al. v. Perrigo Co. plc, et al.,* No. 2:19-cv-6560-MCA-LDW

*Discovery Global Citizens Master Fund, Ltd., et al. v. Perrigo Co., plc,* No. 2:19-cv-21502

*York Capital Management, L.P., et al. v. Perrigo Co., plc, et al.,* No. 2:19-cv-21732

**Derivative Action**

*Ryan R. Krueger, derivatively on behalf of Nominal Defendant Perrigo Company plc v. Bradley A. Alford, et al.,* No. 2:19-cv-18652